UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-251-FL

| UNITED STATES OF AMERICA | |
| :--- | :--- |
| v. | *AMENDED ORDER TO RELEASE DEFENDANT ON COMPASSIONATE FURLOUGH |
| ALONZO RAY BROCKINGTON, JR. | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant a 12-hour furlough to the Defendant for purposes of attending his son's funeral, and for good cause shown, it is hereby ORDERED that the 12-hour furlough is GRANTED.

The Defendant shall be released at 7:00 a.m. to the custody of Pamela Montalvo on September 9, 2018,  from the Pamlico County Jail for purposes of attending  the funeral Sander's Funeral Home, 806 E. Market Street, Smithfield, NC 27577 and to attend the interment to follow. At all other times, the defendant shall remain in the custody of his grandmother Pamela Montalvo. The Defendant shall return to the Pamlico County Jail no later than 7:00 p.m. on Sunday, September 9, 2018.

\*This order is amended to reflect that defendant is in custody at the Pamlico County Jail instead of the Harnett County Jail.

IT IS SO ORDERED.

This 6th day of September, 2018.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE