UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00251-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALONZO RAY BROCKINGTON, JR. | ORDER TO PERMIT WITHDRAWAL OF GUILTY PLEA AND PROCEED WITH ARRAIGNMENT AND SENTENCING |

This matter is before the Court on the defendant's unopposed Motion to Withdraw Guilty Plea and Proceed to Arraignment and Sentencing.

Upon good cause shown, it is hereby ORDERED that the motion is GRANTED. Arraignment and Sentencing will proceed on November 8, 2019 at 1:30 p.m.

This 29th day of October, 2019

_____
LOUIS WOOD FLANAGAN
United States District Court Judge